UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

2005 MAY -6 AM 11:24

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 03-20383-Ml |
| vs. | ) | |
| | ) | |
| DAMARCIUS WILLIAMS | ) | |
| | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>DAMARCIUS WILLIAMS, DOB: 08/14/76, SSN: 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, RNI: 324928</u>, now being detained in the Fayette County Jail, appear before the Honorable Jon P. McCalla on May 19, 2005 @ 2:30 p.m. for Sentencing and for such other appearances as this Court may direct.

Respectfully submitted this 6th day of May, 2005.

E. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, FAYETTE COUNTY JAIL

YOUR ARE HEREBY COMMANDED to have <u>DAMARCIUS WILLIAMS, DOB: 08/14/76, SSN: 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, RNI: 324928</u>, appear before the Honorable Jon P. McCalla on the date and time aforementioned.

ENTERED this 6th day of May, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-6-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:03-CR-20383 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Greg Gilluly
US ATTORNEY'S OFFICE
167 N. Main St.
Ste 800
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT